■ Lois MERRIETT, Appellant, v· PETER's GROCERIES, INC., et al., Respondents. [614 NYS2d 345] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Stone, J. (Appeal from Order of Supreme Court, Onondaga County, Stone, J.—Summary Judgment.) Present—Denman, P. J., Pine, Fallon, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK VINCENT CORNELL, Appellant. [614 NYS2d 345] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Bergin, J.— Burglary, 1st Degree.) Present—Green, J. P., Balio, Fallon, Callahan and Davis, JJ.